IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| ALI KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19 C 0475 |
| | ) |
| CHICAGO POLICE OFFICER DAVID SALGADO, | ) |
| STAR NO. 16347, SERGEANT XAVIER | ) |
| ELIZONDO, STAR NO. 1340, and the CITY OF | ) |
| CHICAGO, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

Jonathan R. Ksiazek
Attorney for Plaintiff, Ali Knox
Ed Fox & Associates, Ltd.
300 West Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-8877
Attorney No. 6296997
DATE: 3/11/19

CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

BY: _____
Kevin Lovellette
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6243384
DATE: 3/6/19